In the Matter of the Accounting of JOHN W. REMER, as Committee of JENS T. ERLANDSEN, an Incompetent Person, Respondent.

UNITED STATES VETERANS ADMINISTRATION, Appellant.

Submitted November 29, 1937; decided December 7, 1937.

Motion to amend remittitur denied. (See 265 N. Y. 155.)